## 60059. REYNOLDS v. THE STATE.

QUILLIAN, Presiding Judge.
The defendant appeals the revocation of his probation. *Held:* Affirmed in accordance with Court of Appeals Rule 36.
*Judgment affirmed. Shulman and Carley, JJ., concur.*

SUBMITTED JUNE 16, 1980 — DECIDED SEPTEMBER 4, 1980 —

*James C. Wyatt,* for appellant.
*F. Larry Salmon, District Attorney,* for appellee.